SHARON DOUGLASS MAYO - State Bar No. 150469
sharon.mayo@aporter.com
KRISTEN L. TERRANOVA - State Bar No. 246433
kristen.terranova@aporter.com
AMIE L. MEDLEY - State Bar No. 266586
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

JS-6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIENCE HENDRIX, L.L.C., DOORS MUSIC COMPANY, JAMES PATRICK PAGE (A/K/A JIMMY PAGE), ROBERT PLANT AND JOHN PAUL JONES,<br><br>Plaintiffs,<br><br>v.<br><br>MARGARET SHERMAN AND MICHAEL SHERMAN,<br><br>Defendants. | Case No:  CV 10-4546 RSWL (Ex)<br><br>**CONSENT JUDGMENT**<br><br>(17 U.S.C. §§ 101 *ET SEQ.*) |

WHEREAS, plaintiffs Experience Hendrix, L.L.C., Doors Music Company, James Patrick Page (A/K/A Jimmy Page), Robert Plant and John Paul Jones ("Plaintiffs") are owners of the copyrights in the musical compositions listed in Schedule A to Plaintiffs' Complaint filed in this action and members of the American Society of Composers, Authors and Publishers ("ASCAP"); and

WHEREAS, defendants Margaret Sherman and Michael Sherman ("Defendants"), at the times of the infringing acts alleged in the Complaint, did own,

control, manage, operate, and maintain a place of business for public entertainment, accommodation, amusement, and refreshment known as The Vibe, located at 1805 University Avenue, in Riverside, in the State of California and

WHEREAS, without authorization or consent, Defendants, on the dates specified on Schedule A to the Complaint, publicly performed Plaintiffs' copyrighted musical compositions at The Vibe, located at 1805 University Avenue, in Riverside, in the State of California for the entertainment and amusement of the patrons attending said premises in violation of Plaintiffs' rights under 17 U.S.C. § 106(4), as a remedy for which Plaintiffs are entitled to judgment against Defendants for willful copyright infringement.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. (a) Upon the stipulated request of the parties, judgment is entered for Plaintiffs and against Defendants on the claims set forth in Plaintiffs' Complaint in the amount of Twelve Thousand Five Hundred Dollars ($12,500.00) (the "Consent Judgment Amount").  Notwithstanding the foregoing, the parties have agreed that this Judgment may be satisfied upon Defendants' payment of the sum of Ten Thousand Dollars ($10,000.00) (the "Settlement Amount") as provided in Paragraph 2 below.

(b) The amount provided for in this Consent Judgment shall be in full settlement of all claims against Defendants arising out of Plaintiffs' Complaint and all other claims for copyright infringement arising out of unauthorized public performances of ASCAP's members' musical works by Defendants and their successors, shareholders, partners, officers, directors, predecessors, assigns, agents, and employees at The Vibe, located at 1805 University Avenue, in Riverside, in the State of California, during all periods up to and including the date of entry of this Consent Judgment.

2. (a) Defendants shall pay the Settlement Amount by an initial payment of One Thousand Dollars ($1,000.00) to be made on or before September 1, 2010, and subsequent monthly installment payments of One Thousand Dollars ($1,000.00)

to be made on the first of the month each month for nine (9) months beginning October 2010 and ending June 2011.

  (b) Defendants shall make the payments provided for above in the form of a certified, cashier's, bank, or corporate business check drawn on a California bank, made payable to "ASCAP," and delivered to Kristen L. Terranova, Esq., at Arnold & Porter LLP, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017, or such other person as Plaintiffs' attorneys shall designate to receive such payments.

 3. In the event that Defendants fail to make any of the payments provided for in paragraph 2(a), upon receipt by Defendants of written notice from Plaintiffs or their undersigned attorneys of any such delinquency, Defendants shall have ten (10) calendar days in which to cure such delinquency. If the delinquency is not cured within such ten (10) day period, Defendants shall be obligated to pay the full Consent Judgment amount of Twelve Thousand Five Hundred Dollars ($12,500.00), less any payments previously made to Plaintiffs pursuant to paragraph 2 above. Such balance shall be immediately due and payable, and execution therefor may issue forthwith and without any further notice to Defendants.

 5. Plaintiffs shall be granted all such writs and process as is necessary or proper for the enforcement of this Consent Judgment.

 6. Subject to the Court's continuing jurisdiction over the parties for purposes of enforcement of this Consent Judgment, this action is dismissed.

**ORDER**

**IT IS SO ORDERED.**

Dated: September 3, 2010   /s/ RONALD S.W. LEW
                Sr, U.S. District Court Judge

WEST: 30676877v1

3